UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
PAULINA KORENBLUM, FREDY :
GIRON, and KENNETH M. WEBB, :
on behalf of themselves and all others :
similarly situated, :
: Case No. 15-cv-3383-JMF
               Plaintiffs, :
:
              v. :
:
CITIGROUP, INC., :
:
             Defendant. :
:
------------------------------------------------------x

### DECLARATION OF MICHAEL J. PUMA IN SUPPORT OF CITIGROUP INC.'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION

I, Michael J. Puma, an attorney in good standing admitted to practice in this Court, hereby declare as follows:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendant Citigroup Inc. ("Citi") in the above-captioned matter. I submit this declaration in support of Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion for Conditional Certification.

2. I was retained in connection with a subpoena served on Citi during the time that *Jones v. The Judge Group*, No. 11-cv-06910, was being litigated in the United States District Court for the Eastern District of Pennsylvania (hereinafter, "*Jones*"). In 2014, while litigating the *Jones* matter, Plaintiffs' counsel, Ryan Stephan, threatened to join Citi as a party in *Jones* during our communications, served Citi with a subpoena for documents/data in *Jones*, and

received documents/data from Citi relating to the *Jones* plaintiffs as part of a compromise production in response to the subpoena.

3. Attached as Exhibit A is a true and correct copy of pertinent portions of the transcript of the January 25, 2016 deposition of Citi's Federal Rule 30(b)(6) witness Donna Gruppuso ("Gruppuso Dep.").

4. Attached as Exhibit B is a true and correct copy of pertinent portions of the transcript of the January 11, 2016 deposition of Plaintiff Paulina Korenblum ("Korenblum Dep.").

5. Attached as Exhibit C is a true and correct copy of pertinent portions of the transcript of the January 19, 2016 deposition of Plaintiff Freddy Giron ("Giron Dep.").

6. Attached as Exhibit D is a true and correct copy of pertinent portions of the transcript of the January 29, 2016 deposition of Plaintiff Kenneth Webb ("Webb Dep.")

7. Attached as Exhibit E is a true and correct copy of pertinent portions of the transcript of the March 22, 2016 deposition of Plaintiff Jose Gomez ("Gomez Dep.")

8. Attached as Exhibit F is a true and correct copy of Plaintiff Paulina Korenblum's resume produced by her in this action.

9. Attached as Exhibit G is a true and correct copy of Plaintiff Fredy Giron's resume produced by him in this action.

10. Attached as Exhibit H is a true and correct copy of Plaintiff Kenneth Webb's resume produced by him in this action.

11. Attached as Exhibit I is a true and correct copy of Plaintiffs' Initial Disclosures served on November 6, 2015.

12. Attached as Exhibit J is a true and correct copy of the Stipulation of Settlement and Proposed Dismissal in *Jones*, Dkt. 181.

13. Attached as Exhibit K is a true and correct copy of the Plaintiff Kenneth Webb's opt-in form in *Jones*, Dkt. 24-1.

14. Attached as Exhibit L is a true and correct copy of the Plaintiff Paulina Korenblum's opt-in form in *Jones*, Dkt. 116-3.

15. Attached as Exhibit M is a true and correct copy of the Plaintiff Fredy Giron's opt-in form in *Jones*, Dkt. 118-1.

16. Attached as Exhibit N is a true and correct copy of Citi's Document Requests to Paulina Korenblum, Fredy Giron, and Kenneth Webb, served November 3, 2015.

17. Attached as Exhibit O is a true and correct copy of Paulina Korenblum's and Fredy Giron's Responses to Citi's Document Requests, served December 4, 2015.

18. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of April 2016.

Dated:   April 5, 2016
         New York, New York            Respectfully submitted,

                                       MORGAN, LEWIS & BOCKIUS LLP

                                       */s/ Michael J. Puma*
                                       Michael J. Puma