UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
PAULINA KORENBLUM et al.,                             :
:
                       Plaintiffs,      :      15-CV-3383 (JMF)
:
       -v-                                        :      ORDER
:
CITIGROUP, INC.,                                      :
:
                       Defendant.       :
:
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/18/2017

JESSE M. FURMAN, United States District Judge:

       On January 5, 2017, Plaintiffs in this action, brought pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, filed an unopposed motion for approval of their settlement with Defendant Citgroup, Inc., as well as attorneys' fees and costs.  Upon review of the complete record, including Plaintiffs' motion papers (Docket Nos. 122-125, 129) and the Court's prior decisions denying Defendant's motion to dismiss (Docket No. 44) and Plaintiff's motion for conditional certification of a collective action (Docket No. 105), the Court finds that the settlement is fair and reasonable, given both the nature and scope of the Plaintiffs' individual claims as well as the risks and expenses involved in additional litigation.  *See Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (discussing the factors relevant to consideration of whether a settlement of claims under the FLSA is fair and reasonable).

       In addition, Plaintiffs' requested attorneys' fees and costs (as modified by the Supplemental Declaration of Molly A. Brooks (Docket No. 129)) are reasonable given, among other things, the complexity of the case and the significantly higher aggregate lodestar.  *See*

*Goldberger v. Integrated Res., Inc.*, 209 F.3d 43, 50 (2d Cir. 2000) (identifying the factors relevant to determination of whether a fee application is reasonable).

Accordingly, the Court approves the $325,000 settlement set forth in the Settlement Agreement and Release; approves Plaintiffs' request for one third of the Gross Fund for attorneys' fees plus reimbursement of $28,285.66 in costs; incorporates the terms of the Settlement Agreement; retains jurisdiction to enforce the Settlement Agreement; and dismisses the case with prejudice. The Clerk of the Court is directed to close this case.

SO ORDERED.

Dated: January 18, 2017
      New York, New York

_____
JESSE M. FURMAN
United States District Judge